# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| **Case No.** | CV 16-7285-BRO (KES) | **Date** | December 19, 2016 |
| **Title** | Lyle Herring v. Neil McDowell, Warden | | |

**Present: The Honorable**   Karen E. Scott, United States Magistrate Judge

| Jazmin Dorado | n/a |
|---|---|
| **Deputy Clerk** | **Court Reporter / Recorder** |
| **Attorneys Present for Plaintiffs:** | **Attorneys Present for Defendants:** |
| n/a | n/a |

**Proceedings:**   (In Chambers) Order to show cause for failure to comply with Court's previous order

    On September 28. 2016, Petitioner filed a "motion to toll" the one-year statute of limitations in order to exhaust three of his habeas claims in state court. (Dkt. 2.)

    On October 4, 2016, the Court issued an Order denying Plaintiff's "motion for tolling" and ordering Petitioner to file a motion requesting a <u>Rhines</u> and/or <u>Kelly</u> stay on or before November 4, 2016. (Dkt. 6.)  Petitioner has not done so.

    **On or before January 17, 2017**, Petitioner shall either (1) comply with the Court's October 4, 2016 Order and file a motion for a <u>Rhines</u> and/or a <u>Kelly</u> stay, or (2) explain to the Court why Petitioner has failed to do so. [1]

Initials of Clerk   jd

---

[1] The Court's research indicates that Petitioner filed a state habeas petition in the California Court of Appeal on September 30, 2016, which was denied on November 1, 2016. Petitioner also filed a state habeas petition in the California Supreme Court on December 2, 2016. Petitioner's efforts in state court, while essential to exhaustion, do not excuse Petitioner from filing a request for a stay of the federal statute of limitations in this Court.