JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **LYLE HERRING**, | **Case No. LA CV 16-07285-VBF-JDE** |
| Petitioner, | |
| v. | FINAL JUDGMENT |
| NEIL MCDOWELL, Warden, | |
| Respondent. | |

Pursuant to this Court's contemporaneously issued Order Denying the Habeas Corpus Petition and Denying the Claims Asserted in the Petitioner's Traverse, **final judgment is hereby entered in favor of the respondent warden and against petitioner Lyle Herring.**

Dated: January 12, 2018

_Valerie Baker Fairbank_

_____

VALERIE BAKER FAIRBANK
Senior United States District Judge